IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **DANIEL ANDRES MORONES,**
2. **JOSE AUGUSTIN PLUMA,**
3. **JUAN MARTIN RUELAS,**
4. **MARK ROSALEZ,**
5. **JUSTIN HERNANDEZ,**

        Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Motions Hearing set for January 28, 2010, is **VACATED AND RESET** for **January 27, 2010 at 9:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  January 25, 2010