IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 27, 2010              Deputy Clerk: LaDonne Bush
                                     Court Reporter: Kara Spitler

---

Criminal Action No. 09-cr-00301-JLK

UNITED STATES OF AMERICA,            Richard Hosley
                                     Robert Brown
    Plaintiff,

v.

1.   DANIEL ANDRES MORONES,          Michael G. Root
                                     Martha Eskesen (by telephone)
2.   JOSE AUGUSTIN PLUMA             Matthew C. Golla
3.   JUAN MARTIN RUELAS              Thomas J. Hammond
4.   MARK ROSALEZ                    Peter R. Bornstein
5.   JUSTIN HERNANDEZ                Donald R. Knight

    Defendants.

---

## COURTROOM MINUTES

Status Conference/Motions Hearing

9:46 a.m.     Court in session.

Defendants present in custody.

Discussion regarding Jencks Act and discovery.

**ORDERED**: Government shall make an inquiry of the Bureau of Prisons regarding the video tapes.  If Bureau of Prisons' video tapes have been destroyed, the Government shall provide defense counsel with information concerning when, where and by whom the tapes were destroyed.

**ORDERED**: Based on the Government's representation that it has provided, and is continuing to provide, the requested material, the discovery motions are denied as moot.  Defendants may file motions asking for specific or

particularized relief.

**ORDERED**: Motion for Disclosure of Expert Testimony (Doc. 141) is denied as moot.

**ORDERED**: Motion for Order Authorizing Disclosure of Presentence Investigation Reports (Doc. 142) is denied.

**ORDERED**: Motion for Pretrial Disclosure of All Evidence the Government Intends to Offer Pursuant to Rule 404(b) of the Federal Rules of Evidence (Doc. 145) is denied as moot.

**ORDERED**: Motion for Leave to File Additional Pretrial Motions (Doc. 146) is granted.

**ORDERED:** Motion for Order Requiring Government to Provide Notice of Intent to Introduce Evidence Pursuant to Rule 807 of the Federal Rules of Evidence (Doc. 156) is denied as moot.

**ORDERED:** Motion to Join and Adopt (Doc. 157) is granted.

**ORDERED**: Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 95) is granted.

**ORDERED**: Defendant's Motion for Rule 806 Impeachment Evidence of 801(d)(2)(E) Declarants (Doc. 133) is denied as moot.

**ORDERED**: Motion for Evidentiary Hearing Regarding Admissibility of Co-Conspirator Hearsay Statement (Doc. 134) is granted.

**ORDERED:** Motion for Discovery Relating to Expert Opinion Testimony (Doc. 135) is denied as moot.

**ORDERED:** Request for Pretrial Notice of 404(b) Evidence (Doc. 137) is denied as moot.

**ORDERED:** Motion for Discovery (Doc. 138) is denied as moot.

**ORDERED:** Motion for Leave to File Additional Pretrial Motions (Doc. 140) is granted.

**ORDERED:** Motion to Join and Adopt (Doc. 158) is granted.

**ORDERED:** Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-conspirator Statements (Doc.149) is granted.

**ORDERED:** Motion to Exclude Rule 404(b) Evidence (Doc. 153) is denied as moot. A motion *in limine* may be filed.

**ORDERED:** Motion for Preservation and Production of Rough Interview Notes and Reports (Doc. 154) is denied.

**ORDERED:** Motion to Set Pretrial and Trial Dates (Doc. 220) is granted.

**ORDERED:** Motion for Order Setting Trial Deadlines (Doc. 189) is granted.

**ORDERED:** Defendant Rosalez' Motion for a Trial Continuance and for Ends of Justice Determination Pursuant to the Speedy Trial Act (Doc. 230) is granted.

**ORDERED:** Unopposed Motion for Extension of Time in Which to File Pretrial Motions (Doc. 247) is granted.

Court's ends of justice findings. The previous ends of justice findings apply to all Defendants.

Court finds that the ends of justice require that this case be continued and that the Speedy Trial Act not apply to the time limits that had originally set this case for trial in March.

**ORDERED**: The March trial date is vacated. A new trial date will be set after other pending matters, including motions to sever, are decided.

Discussion regarding motions for severance.

**ORDERED**: Government's offer of proof shall be filed by March 1, 2010, and Defendants' responses by April 1, 2010.

**ORDERED:** Within ten days, Mr. Golla shall notify the Court whether Defendant Pluma requests a hearing on Motion to Suppress Statements (Doc. 139).

**ORDERED:** Mr. Knight's motion to have Lisa Moses as co-counsel is granted.

**ORDERED:** Motions to suppress are set for hearing on April 5, 2010, at 2:30 p.m.

**ORDERED:** Motion for Discovery of All Prior Acts of Cooperation by Government Witnesses (Doc. 130) is granted as to this case and the other case pending against Defendant Morones, and denied as to other cases.

**ORDERED:** Defendants Rosalez and Hernandez shall file additional motions by April 1, 2010.  The same date applies to Mr. Root's request regarding the notice of 12.2 defense.

10:58 a.m.     Court in recess.

Hearing concluded.
Time: 01:12