IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 09-cr-301-JLK**

**UNITED STATES OF AMERICA,**
    Plaintiff,
v.

1.    **DANIEL ANDRES MORONES,**
2.    **JOSE AUGUSTIN PLUMA,**
3.    **JUAN MARTIN RUELAS**,
4.    **MARK ROSALEZ,**
5.    **JUSTIN HERNANDEZ**,
    Defendants.

---

MINUTE ORDER REGARDING JURY INSTRUCTIONS

---

Judge John L. Kane **ORDERS**

This matter is set for a seven week trial, to commence on May 2, 2011. In anticipation of that trial, a final trial preparation conference is schedule for April 21, 2011. To allow ample time for the preparation and review of the jury instructions in this matter, the parties shall submit their proposed jury instructions no later than April 13, 2011.

---

Dated: March 21, 2011