IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 09-cr-301-JLK**

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

1.  **DANIEL ANDRES MORONES,**
2.  **JOSE AUGUSTIN PLUMA,**
3.  **JUAN MARTIN RUELAS**,
4.  **MARK ROSALEZ,**
5.  **JUSTIN HERNANDEZ**,
    Defendants.

MINUTE ORDER
SETTING DATE FOR MOTIONS HEARING

Judge John L. Kane **ORDERS**

This matter is set for a motions hearing on April 12, 2011, at 10:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  At that time, I will entertain further argument on Defendant Hernandez's Motion to Suppress Statements and Photographs Illegally Obtained on February 18, 2011 (doc. 672).

Dated:  March 29, 2011