IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

2.   **JOSE AUGUSTIN PLUMA,**
3.   **JUAN MARTIN RUELAS,**
4.   **MARK ROSALEZ,**
5.   **JUSTIN HERNANDEZ,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This will confirm that the continuation of the Final Trial Preparation Conference for the above named defendants (2-5) is set for **April 29, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 20, 2011