IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2.   JOSE AUGUSTIN PLUMA,**
**3.   JUAN MARTIN RUELAS**,
**4.   MARK ROSALEZ,**
**5.   JUSTIN HERNANDEZ**,

    Defendants.

ORDER

**Kane, J.**

    R. Molina, an employee with the Federal Bureau of Prisons, has testified in this case pursuant to a subpoena. I find that he has truthfully answered every question propounded to him.

    It is ORDERED that no action shall be taken either directly or indirectly against Mr. Molina by the Bureau of Prisons, or any person or agency acting for or on its behalf or in its place and stead, for any statements or actions taken by Mr. Molina in connection with his testimony, his statements to counsel, or materials provided to counsel or withheld from counsel or any other statements or actions taken in fulfillment of his response and compliance with the subpoena issued to him in this case. This order also applies to his testimony pursuant to a direct court order to disclose material previously deemed confidential by an administrative law judge in connection with a personnel action and settlement relative to Mr. Molina's employment by the Bureau of Prisons.

Any violation of any aspect of this order will be deemed contempt of this court and may very well be considered an interference with the administration of justice.

Dated:  June 9, 2011                                         BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge