IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No.: 09-cr-00301-JLK-2-3-4-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JOSE AUGUSTIN PLUMA,
3.    JUAN MARTIN RUELAS,
4.    MARK ROSALEZ, and
5.    JUSTIN HERNANDEZ,

    Defendants.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 14TH day of June 2011.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____    _____
Counsel for Plaintiff                                Counsel for Defendants