IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**2.   JOSE AUGUSTIN PLUMA,**
**3.   JUAN MARTIN RUELAS,**
**4.   MARK ROSALEZ,**
**5.   JUSTIN HERNANDEZ,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In anticipation of the Sentencing Hearing set for August 25, 2011, and in order to accommodate the number of defendants, the court suggests beginning a bit earlier and using the following schedule for the appearance of the defendants.

    2.  Jose Augustin Pluma, 9:30 a.m.;

    3.  Juan Martin Ruelas, 10:15 a.m.;

    4.  Mark Rosalez, 11:00 a.m.;

    5.  Justin Hernandez, 11:45 a.m.

Please advise the court if you anticipate the need for additional time.

Dated:  August 12, 2011