**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Kara Spitler
Probation Officers:   Katrina Devine
                     Lisa Pence

Date:  August 25, 2011

Criminal Action No.: 09-cr-00301-JLK-2

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JOSE AUGUSTIN PLUMA,

    Defendant.

*Counsel:*

Richard A. Hosley
Haley E. Reynolds
Robert Brown

David L. Miller

**SENTENCING MINUTES**

**9:31 a.m.    Court in session.**

Court calls case.  Counsel present.  Also present, Kevin Vest, FBI Special Agent.  Defendant present in custody.

JURY TRIAL held: May 2, 2011 thru June 14, 2011.

**GUILTY VERDICT as to Counts One, Two, and Three of the Superseding Indictment.**

Parties received and reviewed the presentence report.

Statement by the Mr. Hosley (the Government).

Statement by Mr. Miller.

No statement by the Defendant.

Comments and rulings by the Court.

**ORDERED:**    Defendant's Motion For A Non-Guideline Statutory Sentence (Filed 8/10/11; Doc. No. 933) is GRANTED in PART and DENIED in PART, as

*09-cr-00301-JLK-2*
*Sentencing*
*August 25, 2011*

**specified.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
**Defendant is sentenced as to Counts One and Two to a term of imprisonment of 60 months, as to Count Three to a term of imprisonment of 420 months; all sentences to be served concurrently.**

**SUPERVISED RELEASE shall be addressed closer to the end of the Defendant's term of imprisonment.**

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
**The Defendant shall be jointly and severally liable with each of the 7 other coconspirators for restitution in the amount of $19,023.55.**

**SPECIAL ASSESSMENT FEE:**
**Defendant shall pay a Special Assessment Fee of $ 300.00, due immediately.**

Interest is waived.

Defendant is advised of the right to appeal.

Statement by Mr. Miller regarding objection to imposed sentence.

**ORDERED:   Defendant's Request for Filing of the Notice of Appeal is GRANTED.**

**ORDERED:   Defendant's Request to Have An Attorney Appointed for Purposes of Appeal is GRANTED.**

Defendant is informed by the Court that placement for incarceration is decided by the Bureau of Prisons.

**ORDERED:   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.**

**9:59 a.m.     Court in recess.**
Hearing concluded.
Total in-court time: 28 minutes.